198 So. 762

**SOUTHERN RAILWAY CO. v. Y. U. G. WHITE.**

**7 Div. 641.**

Supreme Court of Alabama.

Nov. 22, 1940.

Hood, Inzer, Martin & Suttle, of Gadsden, for petitioner.

Irby Keener. of Centre, and E. O. McCord, of Gadsden, opposed.

BOULDIN, Justice. .

Petition of the Southern Railway Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Southern R. Co. v. White, 29 Ala. App. 512, 198 So. 759.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.